No. 88–6316.   BLANKENSHIP *v.* PARRATT ET AL.   C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hardin* v. *Straub, ante,* p. 536.

No. 88–6434.   FARMER *v.* SEITER ET AL.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hardin* v. *Straub, ante,* p. 536.   JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE KENNEDY would deny certiorari.

No. — – ——.   ALCOLAC, INC. *v.* ELAM ET AL.   Motion to dispense with printing the appendix to the petition for writ of certiorari granted.

No. — – ——.   PASULKA ET UX. *v.* KOOB, TRUSTEE, ET AL. Motion to direct the Clerk to docket an appeal out of time denied.

No. A–911 (88–1784).   GREAT REPUBLIC INSURANCE CO. ET AL. *v.* CHEVAL, BY AND THROUGH HER CONSERVATOR, MILLER.   Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the judgment of the Court of Appeal of California, First Appellate District, case No. A040344, entered January 5, 1989, be stayed pending disposition of the petition for writ of certiorari.   In the event the petition for writ of certiorari is denied, this order terminates automatically.   Should the petition for writ of certiorari be granted, this order is to remain in effect pending the issuance of the mandate of this Court.   This order is further conditioned upon the certificates of deposit presently in the custody of the California Superior Court remaining in effect.

No. D–762.   IN RE DISBARMENT OF KOTZKER.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1038.]

No. D–773.   IN RE DISBARMENT OF GAGEN.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1075.]